UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED

MAY 1 3 2010

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                          INDICTMENT NO. 10-28-DCR

**VERLIN BRETT BAILEY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about January 12, 2010, in Boone and Kenton Counties, in the Eastern District of Kentucky, and elsewhere,

**VERLIN BRETT BAILEY**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2252(a)(2)

On or about January 12, 2010, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**VERLIN BRETT BAILEY**

did knowingly receive visual depictions that had been shipped and transported in and affecting interstate commerce, using any means or facility of interstate commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

### COUNT 3
### 18 U.S.C. § 1470

On or about January 12, 2010, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**VERLIN BRETT BAILEY**

did, by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

### FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in Counts 1-3 of this Indictment, any and all interest **VERLIN BRETT BAILEY** has in the Nokia cellular telephone Model 2330c-2b, seized on January 14, 2010, is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

A TRUE BILL

_____
FOREPERSON

_____
EDWIN J. WALBOURN, III
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**COUNT 2:** Not less than 5 years nor more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**COUNT 3:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**FORFEITURE:** Forfeiture of listed assets.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.