UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
MAY 13 2010
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 10-28-DCR

UNITED STATES OF AMERICA                                       PLAINTIFF

V.              MOTION OF UNITED STATES
           FOR ISSUANCE OF ARREST WARRANT

**VERLIN BRETT BAILEY**                                        DEFENDANT

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Verlin Brett Bailey, returnable forthwith.

Respectfully submitted,

EDWIN J. WALBOURN, III
UNITED STATES ATTORNEY

By: _____
Jason A. Denney
Assistant United States Attorney
207 Grandview Drive, Suite 400
Fort Mitchell, Kentucky 41017
(859) 652-7034
FAX (859) 655-3211
jason.denney@usdoj.gov