UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL CASE NO: 10 - 28 - DCR**

**UNITED STATES OF AMERICA,**
　　**Plaintiff,**

　　　　**vs.**　　　　　　　　　　　*ELECTRONICALLY FILED*

**VERLIN BRETT BAILEY,**
　　**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that VERLIN BRETT BAILEY hereby appeals to the United States Court of Appeals for the Sixth Circuit from final Judgment entered in this action by the United States District Court, Eastern District of Kentucky, Northern Division, on the 25th day of October, 2010.

　　　　　　　　　　　　　　　　　　/s/ Kerry L. Neff
　　　　　　　　　　　　　　　　　　KERRY L. NEFF (KY 86729) (OH 66869)
　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　526 Greenup Street
　　　　　　　　　　　　　　　　　　Covington, KY 41011
　　　　　　　　　　　　　　　　　　Tel: (859) 291-6333
　　　　　　　　　　　　　　　　　　Fax: (859) 291-6336
　　　　　　　　　　　　　　　　　　Email: KerryNeff@aol.com

## **CERTIFICATION**

I hereby certify that a true copy of this document will be served on this the 3rd day of November, 2010 via electronic filing/mail, to the following attorneys of record: JASON ALLEN DENNEY Esq., Assistant United States Attorney.

I hereby certify that a true copy of this document will be served on this the 3rd day of November 3rd, 2010 via United States mail, to the following:
None

/s/ *Kerry L Neff*
KERRY L. NEFF