# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 04, 2012

Mr. Leslie G. Whitmer
Eastern District of Kentucky at Covington
35 W. Fifth Street
Suite 289, P.O. Box 1073
Covington, KY 41011-0000

    Re: Case No. 10-6361, *USA v. Verlin Bailey*
        Originating Case No. : 10-00028-001

Dear Mr. Whitmer:

  Enclosed is a copy of the mandate filed in this case.

          Sincerely yours,

          s/Patricia J. Elder
          Senior Case Manager
          Direct Dial No. 513-564-7034

cc: Mr. Jason Allen Denney
    Mr. Kerry L. Neff
    Mr. Charles P. Wisdom Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 10-6361

_____

Filed: January 04, 2012

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

VERLIN BRETT BAILEY

      Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 12/13/2011 the mandate for this case hereby issues today.

COSTS:  None