UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DISTRICT
AT COVINGTON

Eastern District of ...
F I L E D

SEP 1 5 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT ...

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| v. | § | CASE NUMBER: 10-28-DCR |
| | § | |
| VERLIN BRETT BAILEY | § | |
|     Defendant/Movant, | § | |

## MOTION FOR CORRECTION OF SENTENCE

COMES NOW, the Defendant, Verlin Brett Bailey, pro se, and pursuant to 28 U.S.C. § 2241 to petition this Honorable Court for a correction of his case (10-28-DCR). In support the Defendant offers the following facts for review and consideration.

## JURISDICTION

The Eastern District of Kentucky has outright jurisdiction in this matter due to the fact that Bailey was adjudicated in that area. In addition, the Defendant files this Motion for Correction under 28 U.S.C. § 2241 since a petition for Habeas Corpus pursuant to 28 U.S.C. 2255 would be untimely. 28 U.S.C. § 2241 acts as a "catch-all" to test the legality of Verlin Bailey's Federal Sentence.

## HISTORY OF THE CASE

1. Bailey was arrested by the Northern Kentucky Branch of the FBI for the charge of Production of Child Pornography.

2. Sometime in June of 2010, the Federal Grand Jury in Northern Kentucky indicted Bailey on the Production of Child Pornography charge.

3. Following the advice of his counsel, Kerry L. Neff he accepted a plea agreement for the indicted charge.

4. Shortly thereafter Bailey and his attorney Ms. Neff met with the representative from the U.S. Probation's, Pre-Sentence Department to gather the information for Mr. Bailey's Pre-Sentence Report.

5. The total offender score was given to be 33.

6. While at FCI Wiliamsburg, Bailey was given his bi-annual performance review conducted by the Unit Team i.e. Counselor, Case Manager. Bailey reviewed the status report and saw that he had 2 points added to his total score for "escape history."

7. Bailey inquired where this information came from. He was told that it was in his Pre-Sentence Report.

8. Bailey was allowed to see this PSR in the presence of Unit Manager, Hunter. It was there that he saw that he had points added for previous escape. This brought Bailey's total score from 31 to 33.

9. After a diligent search by Bailey's family in which they contacted the State of Kentucky Department of Records. The Department of Records indicated that there were no escapes on record for the State of Kentucky.

3.

10. As a result of the incorrect score, Bailey's score increased 2 points making it rise from 31 to 33.

11. This incorrect score has prohibited Bailey's institutional downward progress i.e. treatment programs, half-way house placement etc.

## ARGUMENT ONE: PLAIN ERROR

In the United States v. Olano, 507 U.S. 725 (1993) the United States Supreme Court outlined the requirements for plain error: (1) Error, (2) that is plain, and (3) that affects a substantial right.

The seriousness of the plain error standard requires a wrong performed against the defendant which affects the fairness, integrity, or public relationship.

In the matter at hand, the defendant. Verlin Brett Bailey, had an incorrect calculation entered to the Court Record via his Pre-Sentence Report. This error was definite. There were no escapes in the State of Kentucky. It is plain, there is no ambiguity with this argument, and it has affected the defendant tremendously resulting in prohibiting his downward treatment classification eligibility. Ultimately, it makes the defendant have to serve additional time in prison that he should not be forced to serve.

In order to correct this blatant error, the Court must correct the error and re-sentence Bailey using the lower points. Then the defendant will have received a fair and correct sentence in the U.S. District Court.

4.

RELIEF REQUESTED

WHEREFORE, in light of the aforementioned averments, the Defendant, Verlin Brett Bailey, asks this Honorable Court to rule in the affirmative and re-sentence him using the correct Guidelines score.

Respectfully Submitted,

*Verlin B. Bailey*

Verlin Brett Bailey

CERTIFICATE OF SERVICE

I, Verlin Brett Bailey, do hereby certify in good faith and pursuant to 28 U.S.C. § 1746, that I have served a true and correct copy of the attached Motion for Correction of Sentence pursuant to 28 U.S.C. § 2241 to the following party via U.S. Mail sent from the mail room at FCI Williamsburg on this 8 day of September, 2020.

U.S. District Court
35 West Fifth Street
2nd Floor
Covington, KY 41011

Respectfully Submitted,

*Verlin B. Bailey*

Verlin Brett Bailey
Federal Register No. 13514-032
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

5.