UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DISTRICT
AT COVINGTON

Eastern District of Kentucky
FILED
SEP 15 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff/Respondent, § | |
| § | |
| v. § | CASE NUMBER: 10-28-DCR |
| § | |
| VERLIN BRETT BAILEY § | |
| Defendent/Movant, § | |

NOTICE OF MOTION

To: U.S. District Court
Eastern District of Kentucky
Office of the Clerk of the Court
35 West Fifth Street
2nd Floor
Covington, KTY 41011

NOTICE IS HEREBY GIVEN, that the Defendant, Verlin Brett Bailey has filed a Motion for Correction of Sentence, pursuant to 28 U.S.C. § 2241 with this Honorable Court, and requests that this Motion be heard at a time most convenient to the Court.

Respectfully Submitted,

*Verlin B. Bailey*

Verlin Brett Bailey
Federal Register No. 13514-032
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

Date: 9 / 8 / 20