Name: *Verlin Bailey*
Register Number: 13514-032
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

COLUMBIA SC 290

11 SEP 2020 PM 2 L



U.S. District Court
Eastern District of Ky.
Office of the Clerk of Court
35 West fifth Street 2nd floor
Covington Ky. 41011

41011-140135